IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-399-FDW-DCK

| HUBER ENGINEERED WOODS LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| GEORGIA-PACIFIC WOOD PRODUCTS LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by David Wilkerson, concerning Jeffrey David Blake on July 8, 2016. Mr. Jeffrey David Blake seeks to appear as counsel *pro hac vice* for Plaintiff Huber Engineered Woods LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Jeffrey David Blake is hereby admitted *pro hac vice* to represent Plaintiff Huber Engineered Woods LLC.

**SO ORDERED**.

Signed: August 2, 2016

David C. Keesler
United States Magistrate Judge