IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-399-FDW-DCK

| | |
|---|---|
| HUBER ENGINEERED WOODS LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GEORGIA-PACIFIC WOOD PRODUCTS LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed by S. Benjamin Pleune, concerning Pamela Holland Councill on August 1, 2016. Ms. Pamela Holland Councill seeks to appear as counsel *pro hac vice* for Defendant Georgia-Pacific Wood Products LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) is **GRANTED**. Ms. Pamela Holland Councill is hereby admitted *pro hac vice* to represent Defendant Georgia-Pacific Wood Products LLC.

**SO ORDERED**.

Signed: August 2, 2016

David C. Keesler
United States Magistrate Judge